IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, and H. W. WARD as Fiduciary of HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES INTERNATIONAL UNION PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CHEZ PUJOL RESTAURANT, INC., d/b/a LES PYRENEES RESTAURANT, <br><br> Defendant. | JUDGE COAR <br><br> MAGISTRATE JUDGE BOBRICK <br><br> Case No.: 04C 3695 |

DOCKETED JUN -1 2004

## COMPLAINT

The Hotel Employees and Restaurant Employees International Union Pension Fund (the "HEREIU Pension Fund") and H. W. Ward, Chief Executive Officer ("CEO"), as Fiduciary of the Hotel Employees and Restaurant Employees International Union Pension Fund, (the CEO and HEREIU Pension Fund are collectively referred to as the "Plaintiffs"), for their complaint against Defendant Chez Pujol Restaurant, Inc., d/b/a Les Pyrenees Restaurant (hereinafter "Chez Pujol") state as follows:

### JURISDICTION

1. This action arises under the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") § 502(a)(3), § 515 and § 4301(a)(1), as amended by the Multiemployer Pension Plan Amendment Act of 1980 ("MPPAA"), and 29 U.S.C. § 1132(a)(3), §§ 1145 and 1451(a)(1).

2. The district courts of the United States have exclusive jurisdiction of this action pursuant to ERISA § 502(e)(1) and 4301(c), and 29 U.S.C. § 1132(e)(1) and 1451(c).

## PARTIES

3. The Trustees of the HEREIU Pension Fund and the Trust Agreement governing the Fund's establishment and operation, authorize the Fund's CEO to initiate litigation on the Fund's behalf, and the CEO brings this action pursuant to such authority and in his capacity as a fiduciary of the HEREIU Pension Fund pursuant to ERISA §§ 3(21)(A) and 502(a)(3), and 29 U.S.C. §§ 1002(21)(A) and 1132(a)(3).

4. HEREIU Pension Fund is a "pension plan" pursuant to ERISA §§ 3(2)(A) and (37), and 29 U.S.C. §§ 1002(1) and 1002(37), and is an "employee benefit trust fund" under LMRA § 302(c)(5), and 29 U.S.C. § 186(c)(5). The HEREIU Pension Fund brings this action in such capacity as an entity pursuant to ERISA § 502(d)(1) and §§ 502(e)(1) and (2), and 29 U.S.C. §§ 1132(d)(1) and 1132(e)(1).

5. Chez Pujol is a New York corporation engaged in the restaurant, food, and beverage service business with a principal place of business located at 251 West 51st Street, New York, New York and is, or was, doing business as Les Pyrenees Restaurant.

## VENUE

6. HEREIU Pension Fund maintains offices for the purpose of administering the aforementioned plan at 711 North Commons Drive, Aurora, Illinois, and therefore, venue is proper in this district pursuant to ERISA § 502(e)(2), and 29 U.S.C. § 1132(e)(2).

## FACTS

7. Chez Pujol is an employer engaged in an industry affecting commerce and has agreed to be bound by certain collective bargaining agreements, as established below, whereunder Chez Pujol was required, *inter alia*, to pay employee fringe benefits in the form and

2

manner of monthly contributions to the HEREIU Pension Fund, in a sum certain, for and on behalf of eligible employees of Chez Pujol.

8. Chez Pujol, by its authorized representative, Jean-Claude Pujol, executed a Collective Bargaining Agreement with the Hotel Employees and Restaurant Employees International Union, Local 100 of New York and Vicinity, (hereinafter the "Agreement") requiring pension contributions be made to the HEREIU Pension Fund for eligible employees for the duration of September 1989 through October 2003.

9. Chez Pujol permanently ceased to be a participating employer of the HEREIU Pension Fund during the plan year ending December 31, 2001. As a result of this cessation, Chez Pujol withdrew from the HEREIU Pension Fund in a complete withdrawal, as that term is defined in ERISA § 4203(a) and 29 U.S.C. § 1383(a).

10. ERISA § 4201 and 29 U.S.C. § 1381, imposes an obligation upon an employer that withdraws from a multi-employer plan, such as the HEREIU Pension Fund, to pay an amount, known as "withdrawal liability," computed and payable in accordance with a formula set by the statute or approved by the Pension Benefit Guarantee Corp. (hereinafter "PBGC").

11. HEREIU Pension Fund has complied with all conditions precedent in bringing this action.

12 A copy of this Complaint has been served upon the Secretary of Labor and the Secretary of the Treasury by certified mail as required by ERISA § 502(h) and 29 U.S.C. § 1132(h).

## COUNT 1

13. Plaintiffs incorporate herein by reference paragraphs 1 through 12 of this Complaint, as though fully set forth herein.

14. As a result of its complete withdrawal from the Pension Plan, Chez Pujol incurred withdrawal liability to the Pension Plan in the amount of forty-seven thousand one hundred forty-seven and 48/100 dollars ($47,147.48).

15. Pursuant to ERISA §§ 4202(2) and 4219, 29 U.S.C. §§ 1382(2) and 1399, Plaintiffs notified Chez Pujol, by letter dated September 10, 2003, sent by United Parcel Service, received by Chez Pujol on September 15, 2003, that the revised amount of withdrawal liability incurred by Chez Pujol was $47,147.48. In that letter, Plaintiffs further notified Chez Pujol that they could discharge their liability in forty (40) monthly installments of $1,317.50, plus a final payment of $1,004.99. The letter advised Chez Pujol that the first payment was due by November 9, 2003. In the alternative, Chez Pujol had the option of paying their withdrawal liability in a lump sum.

16. ERISA § 4219(c)(2) and 29 U.S.C. § 1399(c)(2), states:

> Withdrawal liability shall be payable in accordance with the schedule set forth by the plan sponsor under the subsection (b)(1) beginning no later than 60 days after the date of the demand notwithstanding any request for review or appeal of determinations of the amount of such liability or of the schedule.

Chez Pujol violated ERISA § 4219(c)(2) and 29 U.S.C. § 1399(c)(2), by failing to make the required monthly payments in accordance with the schedule set forth by the plan sponsor, which is the Board of Trustees of HEREIU Pension Fund.

17. By letter dated December 10, 2003, the Trustees notified Chez Pujol of its failure to make required monthly payments in accordance with the schedule of payments set forth by the Trustees and made demand for prompt payment of the past due amounts. Chez Pujol has failed, to date, to cure this delinquency. This letter was delivered by United Parcel Service on December 18, 2003, Confirmation No. D251 9408 669. Consequently, Chez Pujol is liable for

immediate payment of all unpaid monthly payments totaling $9,222.50 and $169.43 in late fees as of May 28, 2004, plus such additional unpaid amounts of withdrawal liability payments which are past due up to and including the full withdrawal liability in the amount of $47,147.48, plus interest and statutory damages pursuant to ERISA § 4301(b), 29 U.S.C. §§ 1145 and 1451(b).

18. Plaintiffs are entitled to injunctive relief in the form of a mandatory injunction ordering Chez Pujol to immediately pay all past due monthly installments of withdrawal liability and directing Chez Pujol to timely pay all monthly installments of withdrawal liability as they become due.

19. Plaintiffs have a certain and clearly ascertained right to immediate payment of the past due installments of withdrawal liability and to timely payment of all monthly installments of withdrawal liability as they become due. Plaintiffs will incur irreparable injury without an injunction; Plaintiffs do not have an adequate remedy at law; and Plaintiffs are likely to succeed on the merits on the withdrawal liability claim.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that judgment be entered in their favor and against Defendant Chez Pujol Restaurant, Inc., d/b/a Les Pyrenees Restaurant as follows:

(a) That this Court award Plaintiffs withdrawal liability interim installment payments in the amount of $9,222.50 and $169.43 in late fees as of May 28, 2004, plus such additional unpaid amounts which are past due as of the date of judgment, up to and including the full withdrawal liability pursuant to ERISA § 4219(c)(2), 29 U.S.C. §§ 1145 and 1399(c)(2);

(b) That this Court award interest on overdue withdrawal liability payments, pursuant to ERISA § 4301(b), 29 U.S.C. §§ 1145 and 1451(b);

5

(c) That this Court award the greater of (1) interest on the overdue withdrawal liability payments or (2) liquidated damages, pursuant to ERISA § 4301(b), 29 U.S.C. §§ 1145 and 1451(b);

(d) That this Court award reasonable attorneys fees and other costs and disbursements incurred by Plaintiffs in this action pursuant to ERISA § 4301(e), 29 U.S.C. §§ 1145 and 1451(e); and,

(e) That this Court award such other and further legal or equitable relief as this Court deems just and proper, pursuant to ERISA § 502(g)(2)(E), and 29 U.S.C. § 1132 (g)(2)(E).

Dated: May 21, 2004.

Respectfully submitted,

HEREIU Pension Fund and Fiduciary,

By: _____
    One of their attorneys

Denise Clark (IL Bar No.: 6196006)
R. Andrew Hahn (IL Bar No.: 6226792)
Eric Field (IL Bar No.: 6255922)
Andrea M. Flaherty (IL Bar No.: 6255797)
HEREIU Welfare-Pension Funds
711 N. Commons Drive
Aurora, IL 60598
(630) 236-5100 Telephone
(630) 236-5286 Facsimile

JUDGE COAR

**04C 3695**

MAGISTRATE JUDGE BOBRICK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
MAY 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** Hotel Employees and Restaurant Employees International Union Pension Fund, et al. | **Defendant(s):** Chez Pujol Restaurant, Inc., d/b/a Les Pyrenees Restaurant |
| County of Residence: DuPage | County of Residence: |
| Plaintiff's Atty: R. Andrew Hahn<br>HEREIU Welfare-Pension Funds<br>711 N. Commons Drive, Aurora, IL 60504<br>(630) 236-5260 | Defendant's Atty: |

**II. Basis of Jurisdiction:**     3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties**
(Diversity Cases Only)
      Plaintiff:- N/A
      Defendant:- N/A

**IV. Origin:**     1. Original Proceeding

**V. Nature of Suit:**     791 E.R.I.S.A

**VI. Cause of Action:**     29 U.S.C. Sec. 1001, et seq.

**VII. Requested in Complaint**
      Class Action: No
      Dollar Demand: N/A
      Jury Demand: No

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_
Date: May 21 2004

DOCKETED JUN -1 2004

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**     Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm     5/21/2004

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**
MAY 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

Hotel Employees and Restaurant Employees International Union Pension Fund, et al.
v.
Chez Pujol Restaurant, Inc., d/b/a Les Pyrenees Restaurant

Case Number: 04C 3695

JUDGE COAR
MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Hotel Employees and Restaurant Employees International Union Pension Fund, and H. W. Ward as Fiduciary of the Hotel Employees and Restaurant Employees International Union Pension Fund

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Denise M. Clark | NAME: R. Andrew Hahn |
| FIRM: Hotel Employees and Restaurant Employees International Union Welfare-Pension Funds | FIRM: Hotel Employees and Restaurant Employees International Union Welfare-Pension Funds |
| STREET ADDRESS: 711 N. Commons Drive | STREET ADDRESS: 711 N. Commons Drive |
| CITY/STATE/ZIP: Aurora, IL 60504 | CITY/STATE/ZIP: Aurora, IL 60504 |
| TELEPHONE: (630) 236-5100  FAX: (630) 236-5286 | TELEPHONE: (630) 236-5100  FAX: (630) 236-5286 |
| E-MAIL: dmclark@hereiufund.com | E-MAIL: ahahn@hereiufund.com |
| IDENTIFICATION NUMBER: 6196006 | IDENTIFICATION NUMBER: 6226792 |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? YES ☑ |
| TRIAL ATTORNEY? NO ☑ | TRIAL ATTORNEY? YES ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Eric D. Field | NAME: Andrea M. Flaherty |
| FIRM: Hotel Employees and Restaurant Employees International Union Welfare-Pension Funds | FIRM: Hotel Employees and Restaurant Employees International Union Welfare-Pension Funds |
| STREET ADDRESS: 711 N. Commons Drive | STREET ADDRESS: 711 N. Commons Drive |
| CITY/STATE/ZIP: Aurora, IL 60504 | CITY/STATE/ZIP: Aurora, IL 60504 |
| TELEPHONE: (630) 236-5100  FAX: (630) 236-5286 | TELEPHONE: (630) 236-5100  FAX: (630) 236-5286 |
| E-MAIL: efield@hereiufund.com | E-MAIL: aflaherty@hereiufund.com |
| IDENTIFICATION NUMBER: 6255922 | IDENTIFICATION NUMBER: 6255797 |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? NO ☑ |
| TRIAL ATTORNEY? YES ☑ | TRIAL ATTORNEY? YES ☑ |
| DESIGNATED AS LOCAL COUNSEL? NO ☑ | DESIGNATED AS LOCAL COUNSEL? NO ☑ |

DOCKETED JUN - 1 2004